BOLICK v. BOLICK

No. 179 PC.

Case below: 29 N.C. App. 421.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 14 July 1976. Motion of defendant to dismiss appeal allowed 14 July 1976.

BRYAN v. PROJECTS, INC.

No. 190 PC.

Case below: 29 N.C. App. 453.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 14 July 1976.

CONSTRUCTION CO. v. HIGHWAY COMMISSION

No. 112 PC.

Case below: 28 N.C. App. 593.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 1 June 1976.

DOWNEY v. DOWNEY

No. 170 PC.

Case below: 29 N.C. App. 375.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1976.

HEWETT v. SUPPLY CO.

No. 159 PC.

Case below: 29 N.C. App. 395.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 14 July 1976.